UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                          Case No.  05-cr-161-01-SM

<u>Gregory  Macey</u>

## O R D E R

Defendant Macey's motion to continue the final pretrial conference and trial is granted  (document 11).   Trial has been rescheduled for the February 2006 trial period.   Defendant Macey shall file a waiver of speedy trial rights not later than October 28, 2005.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  January 30, 2006 at 4:00 p.m.

**Jury Selection**:  February 7, 2006 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

October 20, 2005

cc:   Jonathan Saxe, Esq.
      Helen Fitzgibbon, AUSA
      US Probation
      US Marshal